## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: MALM, JOANNE | § | Case No. 10-32631 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER            , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 06/24/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/31/2011            By:  /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MALM, JOANNE                                         §   Case No. 10-32631
                                                            §
                                                            §
Debtor(s)                                                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $           30,001.51

*and approved disbursements of*                         $                0.00

*leaving a balance on hand of*  [1]                     $           30,001.51

**Balance on hand:**                                    $           30,001.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $           0.00
Remaining balance:                          $       30,001.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 3,750.15 | 0.00 | 3,750.15 |
| Trustee, Expenses - BRADLEY J. WALLER | 96.84 | 0.00 | 96.84 |

Total to be paid for chapter 7 administration expenses:    $       3,846.99
Remaining balance:                                         $      26,154.52

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $           0.00

Remaining balance:  $       26,154.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $           0.00

Remaining balance:  $       26,154.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,676.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,096.30 | 0.00 | 2,941.10 |
| 2 | Discover Bank | 7,581.37 | 0.00 | 2,009.46 |
| 3 | American Infosource Lp As Agent for | 14,075.67 | 0.00 | 3,730.78 |
| 4 | TARGET NATIONAL BANK | 898.89 | 0.00 | 238.25 |
| 5 | Chase Bank USA, N.A. | 12,143.74 | 0.00 | 3,218.72 |
| 6 | Chase Bank USA, N.A. | 8,739.55 | 0.00 | 2,316.44 |
| 7 | Chase Bank USA,N.A | 1,217.71 | 0.00 | 322.76 |
| 8 | Capital One Bank (USA), N.A. | 21,585.79 | 0.00 | 5,721.36 |
| 9 | GE Money Bank | 1,136.47 | 0.00 | 301.22 |
| 10 | Fia Card Services, NA/Bank of America | 20,201.44 | 0.00 | 5,354.43 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 26,154.52 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,546.90 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | HSBC Bank Nevada, N.A.(BonTon) | 1,546.90 | 0.00 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ajauregui          Page 1 of 1          Date Rcvd: Jul 23, 2010
Case: 10-32631               Form ID: b9a              Total Noticed: 21

The following entities were noticed by first class mail on Jul 25, 2010.
db          +Joanne Malm,   208 Westbrook Circle,   Naperville, IL 60565-3268
aty         +Dale A Riley,   Geraci Law, LLC,   55 E. Monroe # 3400,   Chicago, IL 60603-5920
tr          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
15886654    +Citimortgage INC,   Attn: Bankruptcy Dept.,   Po Box 9438,   Gaithersburg, MD 20898-9438
15886656    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
15886655    +Erik Scott,   208 Westbrook Circle,   Naperville, IL 60565-3268
15886657    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
15886658    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
15886668    +Weltman, Weinberg & Reis Co.,   Bankruptcy Department,   180 N. LaSalle St., Ste. 2400,
             Chicago, IL 60601-2704
15886667    +Will County Circuit Court,   Doc #10AR1082,   14 W. Jefferson St,   Joliet, IL 60432-4300

The following entities were noticed by electronic transmission on Jul 23, 2010.
15886672    +EDI: BANKAMER2.COM Jul 23 2010 19:38:00     BANK OF America,   Attn: Bankruptcy Dept.,
             Po Box 1598,   Norfolk, VA 23501-1598
15886669    +EDI: CHASE.COM Jul 23 2010 19:38:00     CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,
             Wilmington, DE 19850-5298
15886665    +EDI: CHASE.COM Jul 23 2010 19:38:00     CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,
             Westerville, OH 43081-2822
15886671    +EDI: CAPITALONE.COM Jul 23 2010 19:38:00     Capital One,   Attn: Bankruptcy Dept.,
             Po Box 85520,   Richmond, VA 23285-5520
15886664    +EDI: DISCOVER.COM Jul 23 2010 19:38:00     Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,
             Po Box 15316,   Wilmington, DE 19850-5316
15886660    +EDI: RMSC.COM Jul 23 2010 19:38:00     GEMB/JCP,   Attn: Bankruptcy Dept.,   Po Box 984100,
             El Paso, TX 79998-4100
15886662    +EDI: HFC.COM Jul 23 2010 19:38:00     HSBC/Carsn,   Attn: Bankruptcy Dept.,   Po Box 15521,
             Wilmington, DE 19850-5521
15886661    +EDI: CBSKOHLS.COM Jul 23 2010 19:33:00     Kohls/Chase,   Attn: Bankruptcy Dept.,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15886663    +EDI: TSYS2.COM Jul 23 2010 19:38:00     Mcydsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,
             Mason, OH 45040-8999
15886659    +EDI: WTRRNBANK.COM Jul 23 2010 19:38:00     Target NB,   Attn: Bankruptcy Dept.,   Po Box 673,
             Minneapolis, MN 55440-0673
15886670    +EDI: CITICORP.COM Jul 23 2010 19:38:00     UNVL/CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,
             Sioux Falls, SD 57117-6241
                                                                             TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15886673*   +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
15886666*   +Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2010                    Signature:   _____

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-32631-BWB
Joanne Malm                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Jun 03, 2011
                              Form ID: pdf006          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2011.
db          +Joanne Malm,    208 Westbrook Circle,    Naperville, IL 60565-3268
aty         +Dale A Riley,    Geraci Law L.L.C.,    55 E. Monroe St., Suite #3400,    Chicago, IL 60603-5920
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15886672    +BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
15886669    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15886665    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15886671    +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
16226515     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
              Oklahoma City, OK  73124-8839
16152422     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16209219    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15886656    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15886655    +Erik Scott,    208 Westbrook Circle,    Naperville, IL 60565-3268
15886657    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17169765    +HSBC Bank Nevada, N.A.(BonTon),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
              Tucson, AZ 85712-1083
15886662    +HSBC/Carsn,    Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
15886663    +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
16089155    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
15886659    +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
15886658    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15886670    +UNVL/CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
15886668    +Weltman, Weinberg & Reis Co.,    Bankruptcy Department,    180 N. LaSalle St., Ste. 2400,
              Chicago, IL 60601-2704
15886667    +Will County Circuit Court,    Doc #10AR1082,    14 W. Jefferson St,    Joliet, IL 60432-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16082850      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 23:55:03
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
16082687      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 23:57:47     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15886664    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 23:57:47     Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
16470022      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 23:55:03
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
16401405      E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 23:59:46     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15886660    +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 23:59:46     GEMB/JCP,    Attn: Bankruptcy Dept.,
              Po Box 984100,    El Paso, TX 79998-4100
15886661    +E-mail/PDF: cr-bankruptcy@kohls.com Jun 03 2011 23:59:52     Kohls/Chase,
              Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                    TOTAL: 7


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15886673*    +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
15886666*    +Discover FIN SVCS LLC,    Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
15886654   ##+Citimortgage INC,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                          TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2011**                          **Signature:** _____