# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MALM, JOANNE  Case No. 10-32631
                                                                                         , Chapter 7
Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $144,475.00   Assets Exempt: $6,750.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,154.52   Claims Discharged
                                                                           Without Payment: $74,069.31

Total Expenses of Administration: $3,846.99

---

3) Total gross receipts of $ 30,001.51   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $30,001.51 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,846.99 | 3,846.99 | 3,846.99 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 100,223.83 | 100,223.83 | 26,154.52 |
| **TOTAL DISBURSEMENTS** | $0.00 | $104,070.82 | $104,070.82 | $30,001.51 |

4) This case was originally filed under Chapter 7 on July 22, 2010. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2011          By: /s/BRADLEY J. WALLER
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 208 Westbrook Circle Naperville, IL 60565 - (Deb | 1110-000 | 30,000.00 |
| Interest Income | 1270-000 | 1.51 |
| **TOTAL GROSS RECEIPTS** | | **$30,001.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,750.15 | 3,750.15 | 3,750.15 |
| BRADLEY J. WALLER | 2200-000 | N/A | 96.84 | 96.84 | 96.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,846.99 | 3,846.99 | 3,846.99 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 11,096.30 | 11,096.30 | 2,941.10 |
| 2 | Discover Bank | 7100-000 | N/A | 7,581.37 | 7,581.37 | 2,009.46 |
| 3 | American Infosource Lp As Agent for | 7100-000 | N/A | 14,075.67 | 14,075.67 | 3,730.78 |
| 4 | TARGET NATIONAL BANK | 7100-000 | N/A | 898.89 | 898.89 | 238.25 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 12,143.74 | 12,143.74 | 3,218.72 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,739.55 | 8,739.55 | 2,316.44 |
| 7 | Chase Bank USA,N.A | 7100-000 | N/A | 1,217.71 | 1,217.71 | 322.76 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 21,585.79 | 21,585.79 | 5,721.36 |
| 9 | GE Money Bank | 7100-000 | N/A | 1,136.47 | 1,136.47 | 301.22 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 20,201.44 | 20,201.44 | 5,354.43 |
| 11 | HSBC Bank Nevada, N.A.(BonTon) | 7200-000 | N/A | 1,546.90 | 1,546.90 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 100,223.83 | 100,223.83 | 26,154.52 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32631  
**Case Name:** MALM, JOANNE  

**Trustee:** (330500)   BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 07/22/10 (f)  
**§341(a) Meeting Date:** 08/25/10  

**Period Ending:** 08/19/11  
**Claims Bar Date:** 11/29/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 208 Westbrook Circle Naperville, IL 60565 - (Deb | 232,000.00 | 30,000.00 | | 30,000.00 | FA |
| 2 | Checking account with First Midwest ending with | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with First Midwest | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods; TV, TV stand, stereo, sofa, vac | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pic | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel. | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance through work - No Cash Surre | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | 401k w/ Employer/Former Employer - 100% Exempt. | 900.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2001 Pontiac Bonneville with 130,000 miles | 1,125.00 | 0.00 | DA | 0.00 | FA |
| 11 | Lots in Yorkville | 139,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 1.51 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | $376,475.00 | $30,000.00 | | $30,001.51 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011    **Current Projected Date Of Final Report (TFR):**    September 30, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-32631  
**Case Name:** MALM, JOANNE  

**Taxpayer ID #:** **-***0560  
**Period Ending:** 08/19/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/10 | {1} | First Midwest Bank | Compromise Estate's Right, Title, & Interest in Debtor's Principal Residence per court order of 10/01/10. | 1110-000 | 30,000.00 | | 30,000.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 30,000.02 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 30,000.26 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 30,000.51 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 30,000.76 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 30,000.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 30,001.24 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 30,001.48 |
| 05/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 30,001.51 |
| 05/05/11 | | To Account #9200******7166 | | 9999-000 | | 30,001.51 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 30,001.51 | 30,001.51 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 30,001.51 | |
| | | **Subtotal** | | | 30,001.51 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$30,001.51** | **$0.00** | |

{} Asset reference(s)   Printed: 08/19/2011 11:30 AM   V.12.57

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-32631  
**Case Name:** MALM, JOANNE  
**Taxpayer ID #:** **-***0560  
**Period Ending:** 08/19/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/11 | | From Account #9200******7165 | | 9999-000 | 30,001.51 | | 30,001.51 |
| 06/27/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,750.15, Trustee Compensation; Reference: | 2100-000 | | 3,750.15 | 26,251.36 |
| 06/27/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $96.84, Trustee Expenses; Reference: | 2200-000 | | 96.84 | 26,154.52 |
| 06/27/11 | 103 | Discover Bank | Dividend paid 26.50% on $11,096.30; Claim# 1; Filed: $11,096.30; Reference: | 7100-000 | | 2,941.10 | 23,213.42 |
| 06/27/11 | 104 | Discover Bank | Dividend paid 26.50% on $7,581.37; Claim# 2; Filed: $7,581.37; Reference: | 7100-000 | | 2,009.46 | 21,203.96 |
| 06/27/11 | 105 | American Infosource Lp As Agent for | Dividend paid 26.50% on $14,075.67; Claim# 3; Filed: $14,075.67; Reference: | 7100-000 | | 3,730.78 | 17,473.18 |
| 06/27/11 | 106 | TARGET NATIONAL BANK | Dividend paid 26.50% on $898.89; Claim# 4; Filed: $898.89; Reference: | 7100-000 | | 238.25 | 17,234.93 |
| 06/27/11 | 107 | Chase Bank USA, N.A. | Dividend paid 26.50% on $12,143.74; Claim# 5; Filed: $12,143.74; Reference: | 7100-000 | | 3,218.72 | 14,016.21 |
| 06/27/11 | 108 | Chase Bank USA, N.A. | Dividend paid 26.50% on $8,739.55; Claim# 6; Filed: $8,739.55; Reference: | 7100-000 | | 2,316.44 | 11,699.77 |
| 06/27/11 | 109 | Chase Bank USA,N.A | Dividend paid 26.50% on $1,217.71; Claim# 7; Filed: $1,217.71; Reference: | 7100-000 | | 322.76 | 11,377.01 |
| 06/27/11 | 110 | Capital One Bank (USA), N.A. | Dividend paid 26.50% on $21,585.79; Claim# 8; Filed: $21,585.79; Reference: | 7100-000 | | 5,721.36 | 5,655.65 |
| 06/27/11 | 111 | GE Money Bank | Dividend paid 26.50% on $1,136.47; Claim# 9; Filed: $1,136.47; Reference: | 7100-000 | | 301.22 | 5,354.43 |
| 06/27/11 | 112 | Fia Card Services, NA/Bank of America | Dividend paid 26.50% on $20,201.44; Claim# 10; Filed: $20,201.44; Reference: | 7100-000 | | 5,354.43 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 30,001.51 | 30,001.51 | $0.00 |
| Less: Bank Transfers | 30,001.51 | 0.00 | |
| **Subtotal** | 0.00 | 30,001.51 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$30,001.51** | |

{} Asset reference(s)

Printed: 08/19/2011 11:30 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-32631 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | MALM, JOANNE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******71-66 - Checking Account |
| Taxpayer ID #: | **-***0560 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/19/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 30,001.51

Net Estate : $30,001.51

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******71-65 | 30,001.51 | 0.00 | 0.00 |
| Checking # 9200-******71-66 | 0.00 | 30,001.51 | 0.00 |
| | $30,001.51 | $30,001.51 | $0.00 |